IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MYRIAM MENDOZA,

        Plaintiff,

v.                              Cause No.

ROCHELLE SAMPAGA,

        Defendant.

## COMPLAINT FOR DAMAGES

COMES NOW Plaintiff Myriam Mendoza, by and through her Counsel of Record, BLAZEJEWSKI & HANSEN, LLC (Eva K. Blazejewski and Heather K. Hansen), and for her Complaint for Damages hereby states as follows:

### PARTIES, VENUE, AND JURISDICTION

1. Plaintiff Myriam Mendoza is a resident of Bernalillo County, New Mexico.

2. Upon information and belief, Defendant Rochelle Sampaga is a resident of or doing business in Bernalillo County, New Mexico.

3. On information and belief, Defendant Rochelle Sampaga was, at all times relevant to this lawsuit, an agent and/or employee of the United States Federal Government acting within the course and scope of her employment.

4. All administrative processes and requirements preceding the filing of this lawsuit have been satisfied by the Plaintiff pursuant to 28 USC § 2401(b).

5. This lawsuit is brought pursuant to the Federal Tort Claims Act, 28 USC §§ 2671 et seq.

6. The events described in this Complaint occurred in Bernalillo County, New

Mexico.

7. Jurisdiction and venue are proper in this Court pursuant to 28 USC § 1346(b)(1) and 28 USC § 1402(b).

## COUNTS 1 AND 2 NEGLIGENCE AND NEGLIGENCE PER SE

8. On or about December 1, 2021, Defendant Rochelle Sampaga was operating a motor vehicle.

9. At the time and date listed, Defendant was an employee of the US Federal Government acting within the course and scope of her employment therewith.

10. At all times relevant to this lawsuit, Defendant Rochelle Sampaga had a duty to drive in a reasonable and safe manner, and follow traffic rules, in order to prevent foreseeable harm to others, including Plaintiff.

11. Defendant Rochelle Sampaga failed to drive in a reasonable and safe manner, and failed to follow traffic rules, and/or failed to keep a proper lookout; and/or failed to drive at a speed safe for conditions; and/or failed to keep a proper distance between her vehicle and those in front of her. Defendant Rochelle Sampaga violated traffic rules and regulations, causing a collision with injuries.

12. Defendant Rochelle Sampaga knew or should have known that such conduct posed a risk of harm to others, including Plaintiff.

13. As a result, Defendant Rochelle Sampaga breached the duty owed to Plaintiff.

14. Defendant Rochelle Sampaga drove in a reckless, careless, wanton, grossly negligent and negligent manner.

15. Defendant Rochelle Sampaga violated traffic laws, codes or regulations, without

just cause or excuse. Plaintiff was in the class of persons intended to be protected by said laws.

16. As a direct and proximate result of Defendant Rochelle Sampaga's wrongful conduct, negligence, and negligence per se, a collision occurred, and Plaintiff was injured and suffered damages.

## Damages

17. Plaintiff repeats the above allegations as though set forth in full.

18. As a further direct and proximate result of the Defendant's wrongful conduct, Plaintiff has suffered injuries and damages including, but not limited to, physical injuries, past incurred and future medical expenses, loss of income and income opportunity, property damage, loss of use, loss of life's enjoyment, emotional distress, and emotional and physical pain and suffering, all to Plaintiff's great loss in an amount to be proven at trial, but not less than $45,000.00 in aggregate.

19. The Plaintiff respectfully demands a jury trial and tenders the appropriate fee with this Complaint.

WHEREFORE, Plaintiff requests that this Court enter Judgment against the Defendant for compensatory damages in an amount to be proven at trial, but not less than $45,000.00 in aggregate, costs incurred in the prosecution of this action, pre-judgment and post-judgment interest, and for such other and additional relief as the Court may deem proper.

Respectfully submitted,

_____

Eva K. Blazejewski
Heather K. Hansen
Blazejewski & Hansen, LLC
2501 Rio Grande Blvd NW, Suite B
Albuquerque, New Mexico 87104
(505) 554-1660
(505) 393-4508 Facsimile
eva@blazehansenlaw.com
heather@blazehansenlaw.com